

COM.

v.

JENNINGS, K.

3790 EDA 2016

Superior Court of Pennsylvania.

07/24/2017

CP–15–CR–0002518–2015 (Chester)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

SUAREZ, H.

3839 EDA 2016

Superior Court of Pennsylvania.

07/24/2017

CP–45–CR–0000523–2014 (Monroe)

Affirmed

IN RE: ADOPTION OF:
H.D.L., a Minor

938 EDA 2017

Superior Court of Pennsylvania.

07/24/2017

2016–A0182 (Montgomery)

Affirmed

IN RE: ADOPTION OF:
A.H.L., a Minor

939 EDA 2017

Superior Court of Pennsylvania.

07/24/2017

2016–A0183
(Montgomery)

Affirmed

IN RE: ADOPTION OF:
K.N.L., a Minor

940 EDA 2017

Superior Court of Pennsylvania.

07/24/2017

2016–A0184 (Montgomery)

Affirmed

IN RE: ADOPTION OF:
O.R.L., a Minor

941 EDA 2017

Superior Court of Pennsylvania.

07/24/2017

2016–A0185 (Montgomery)

Affirmed